UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                          *

MASOOD KURESHI                    *    BANKRUPTCY NO. 06-16298PM
                                                        (CHAPTER 7)
          DEBTOR(s)                     *


                                *     *     *

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to U.S. Bankruptcy Court in the amount of $1,671.77 representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said Funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to

| Name and Last Known Addresses of Creditors or Other Recipients | Unclaimed Amount |
|---|---|
| DVI Strategic Partner Group<br>Cash Recovery, LLC, ATTN:  John Peternard<br>180 N. LaSalle Street, Suite 3<br>Chicago, IL  60601 | $1,370.82 |
| DVI Strategic Partner Group<br>Cash Recovery, LLC, ATTN:  John Peternard<br>180 N. LaSalle Street, Suite 3<br>Chicago, IL  60601 | $300.95 |

     /s/ Roger Schlossberg
Roger Schlossberg
134 W. Washington St.
P.O. Box 4227
Hagerstown, MD 21741-4227
Phone (301) 739-8610
Chapter 7 Trustee