# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

Date: 9/20/13

In re:   Case No.:   06–16298 PM     Chapter:   7

Masood Kureshi
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 81 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1,370.82 Filed by DVI Liquidating Trust. (Attachments: # 1 Part II) (Adams, Chris)

PROBLEM: The motion is missing the following: 1.) Photo identification for Dennis Buckley, and 2.) Photo identification for Brian Dilks.

CURE: Please file a line providing the above required exhibits by the cure date provided below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 10/4/13.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/after−filing**

            Mark D. Sammons, Clerk of Court
            by Deputy Clerk, Chris Adams  410−962−4215

cc:   Debtor(s)
     Attorney for Debtor(s) – Bennie R. Brooks
     Attorney for Movant – Brian J. Dilks

Form defntc (01/06)