**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   06–16298 – PM   Chapter:   7

Masood Kureshi
P.O. Box 2334
Germantown, MD 20875

Deficient Pleading No. – 81

Motion to Withdraw Unclaimed Funds
from Court Registry

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
    Attorney for Debtor(s) – Bennie R. Brooks
    Chapter 7 Trustee – Roger Schlossberg
    U.S. Trustee
    Interested Party –
    DVI Liquidating Trust
    35308 SE Center St
    Snoqualmie, W A 98065

## End of Order

14.1 – *jescobar*