United States Bankruptcy Court
District of Maryland

In re:  
Masood Kureshi  
     Debtor

Case No. 06-16298-pm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0416-0     User: jescobar     Page 1 of 1     Date Rcvd: Oct 08, 2013  
                   Form ID: pdfparty     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2013.  
db       +Masood Kureshi,   P.O. Box 2334,   Germantown, MD 20875-2334  
cr       +DVI Liquidating Trust,   c/o Dilks & Knopik, LLC,   35308 SE Center St.,  
         Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
            +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Oct 08 2013 19:58:19  
            Office of The United States Trustee,   6305 Ivy Lane,   Suite 600,   Greenbelt, MD 20770-6305  
                                                                                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2013                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2013 at the address(es) listed below:  
          Bennie R. Brooks    bbrookslaw@aol.com  
          Gerard R. Vetter    gerard.r.vetter@usdoj.gov  
          Roger   Schlossberg   trustee@schlosslaw.com, MD20@ecfcbis.com  
          US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV  
                                                                                                              TOTAL: 4

**SO ORDERED**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   06–16298 – PM   Chapter:   7

Masood Kureshi
P.O. Box 2334
Germantown, MD 20875

Deficient Pleading No. – 81

Motion to Withdraw Unclaimed Funds
from Court Registry

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

   Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

   ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Bennie R. Brooks
      Chapter 7 Trustee – Roger Schlossberg
      U.S. Trustee
      Interested Party –
      DVI Liquidating Trust
      35308 SE Center St
      Snoqualmie, W A 98065

### End of Order

14.1 – _jescobar_